UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDGAR FABRICIO AMAYA SANCHEZ,

        Petitioner,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; DAVID WESLING, Acting Field Office Director; TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and KRISTI NOEM, U.S. Secretary of Homeland Security; PAMELA BONDI, Attorney General of the U.S. and SIRCE OWEN, Acting Director, Executive Office For Immigration Review,

        Respondents.

CA No.: 1:25-CV-12806-AK

## RESPONDENTS' UNOPPOSED MOTION TO PRODUCE PETITIONER VIRTUALLY FOR TODAY'S HEARING BEFORE THE IMMIGRATION COURT

By Order of October 8, 2025, this Court ordered, among other things, that Respondents "transport Petitioner to his October 9, 2025, hearing before the immigration judge." (ECF Doc. 10 at 5).

Respondents respectfully request that the Court allow them to satisfy this Order by producing the Petitioner virtually (rather than physically) for his October 9, 2025, hearing, which is scheduled for 1:00 pm before the Immigration Court in Chelmsford, MA.

The Executive Office of Immigration Review ("EOIR") at Chelmsford, MA does **not** have the ability to have Immigration and Customs Enforcement ("ICE") produce detainees physically into court. EOIR does not have a holding cell for ICE to house Petitioner in to wait for the case to be called. In addition, because the Immigration Court docket is heard in a rolling fashion, there is no guarantee of a specific time when the case would be called. Because of these

reasons, being required to transport the Petitioner physically to today's 1:00 pm hearing before the Immigration Court poses significant operational challenges as well as an overall heightened security concern.

ICE agency counsel has confirmed that ICE is ready to produce the Petitioner virtually for today's 1:00 pm hearing before the Immigration Court in Chelmsford, MA.

Petitioner's counsel does not object to a video appearance of the Petitioner for today's 1:00 pm hearing.

Accordingly, for these reasons, Respondents respectfully request that the Court allow them to satisfy this Order by producing the Petitioner virtually (rather than transport him physically) for his October 9, 2025, hearing, which is scheduled for 1:00 pm before the Immigration Court in Chelmsford, MA.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: October 9, 2025        By:   /s/ Shawna Yen
                                    Shawna Yen
                                    Assistant U.S. Attorney
                                    U.S. Attorney's Office
                                    John J. Moakley U.S. Courthouse
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA  02210
                                    Tel.: 617-748-3100
                                    Email: Shawna.Yen@usdoj.gov

### 7.1 CERTIFICATION

I, Shawna Yen, hereby certify that I reached out to Petitioner's counsel by email on October 9, 2025, in an attempt to narrow the issues for review.  Petitioner's counsel do not object to this motion.

Dated: October 9, 2025                              By: /s/ Shawna Yen
                                                    SHAWNA YEN

Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 9, 2025        By:   <u>*/s/ Shawna Yen*</u>
                                            SHAWNA YEN
                                            Assistant United States Attorney