# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDGAR FABRICIO AMAYA SANCHEZ,<br><br>　　　　Petitioner,<br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; DAVID WESLING, Acting Field Office Director; TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and KRISTI NOEM, U.S. Secretary of Homeland Security; PAMELA BONDI, Attorney General of the U.S. and SIRCE OWEN, Acting Director, Executive Office For Immigration Review,<br><br>　　　　Respondents. | CA No.: 1:25-CV-12806-AK |

## STATUS REPORT

By Memorandum and Order of October 8, 2025 ("Order"), this Court ordered the Respondents to provide Petitioner with a bond hearing under Section 1226(a) within 7 days of the Order. (ECF Doc. 10 at 5). Further, the Court ordered that Respondents file a status report within five days from the bond hearing stating whether bond had been granted, and if bond was denied, the reasons for the denial. *Id.*

On October 9, 2025, a bond hearing for this Petitioner was held at the Immigration Court in Chelmsford, MA. ICE agency counsel have advised that the Immigration Judge granted bond in the amount of $5,000. The Department of Homeland Security reserved the right to appeal.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　LEAH B. FOLEY
　　　　　　　　　　　　　　　　　　　　　United States Attorney

Dated: October 10, 2025　　　　　　By:　*/s/ Shawna Yen*

Shawna Yen
Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Shawna.Yen@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 10, 2025         By:    */s/ Shawna Yen*
                                                   SHAWNA YEN
                                                   Assistant United States Attorney